UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ARTHUR SAMUEL ALEXANDER HOOD, | § | Case No. 17-41266<br>Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| In re: | § | |
| | § | Case No. 17-41276 |
| EAC ENTERPRISES, LLC, | § | (Jointly Administered) |
| | § | |
| Debtors | § | |

| | | |
|---|---|---|
| | § | |
| ARTHUR SAMUEL ALEXANDER HOOD<br>EAC ENTERPRISES, LLC<br>EATGATOR, LLC | § | |
| | § | Adversary Proc. No. 17-04111 |
| Plaintiffs | § | |
| v. | § | |
| | § | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | § | |
| | § | |
| Defendant | | |

**NOTICE OF STIPULATION OF DISMISSAL OF THE COMPLAINT TO ENFORCE AND EXTEND AUTOMATIC STAY AND FOR INJUNCTIVE RELIEF**

Arthur Samuel Alexander Hood, EAC Enterprises, LLC, and Eatgator, LLC ("Plaintiffs"), appearing through their undersigned counsel, and the Texas Comptroller of Public Accounts ("Comptroller" or "Defendant"), appearing through the Texas Attorney General's Office, stipulate to the dismissal of the Plaintiff's Complaint to Enforce and Extend Automatic Stay and for Injunctive Relief pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41.

1. Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041, provides that a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared in the action.

2. Plaintiffs and Defendant hereby stipulate to the dismissal of this adversary proceeding.

Respectfully Submitted,

**ORENSTEIN LAW GROUP, P.C.**

*/s/ Rosa R. Orenstein*
Rosa R. Orenstein
State Bar No. 17153200
Nathan M. Nichols
State Bar No. 24960336
1910 Pacific Ave., Suite 8040
Dallas, TX 75201
Telephone: (214) 757-9101
Facsimile: (214) 764-8110

COUNSEL FOR ARTHUR SAMUEL ALEXANDER HOOD

**THE HARVEY LAW FIRM, P.C.**

*/s/ Keith W. Harvey*
Keith W. Harvey
State Bar No. 09180100
6510 Abrams Road, Suite 280
Dallas, TX 75231
Telephone: (972) 243-3960
Facsimile: (972) 241-3970

COUNSEL FOR EAC ENTERPIRSES, LLC AND EATGATOR, LLC

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Kimberly A. Walsh*
KIMBERLY A. WALSH
Texas State Bar No. 24039230
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475- 4863
Facsimile: (512) 936-1409
kimberly.walsh@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS